IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMY GOLEY                                                                                            PLAINTIFF

V.                                                             CIVIL ACTION NO. 3:15cv00277-DPJ-FKB

ELMWOOD STAFFING INC., ET AL                                                            DEFENDANTS

### ORDER OF REFERRAL FOR SETTLEMENT PURPOSES ONLY

It is the Order of the Court that this matter is hereby referred to recall United States Magistrate Judge John M. Roper **for settlement purposes only**.

SO ORDERED AND ADJUDGED this 27th day of April, 2016.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge